1 ANDRE BIROTTÉ JR.
United States Attorney
2 LEON W. WEIDMAN                         E-FILED: **3/16/10**
Assistant United States Attorney
3 Chief, Civil Division
RUSSELL W. CHITTENDEN (CBN 112613)         JS - 6
4 DONALD W. YOO (CBN 227679)
Assistant United States Attorneys
5      Room 7516, Federal Building
       300 North Los Angeles Street
6      Los Angeles, California 90012
       Telephone:  (213) 894-2444/3994
7      Facsimile:  (213) 894-7819
       russell.chittenden@usdoj.gov
8      donald.yoo@usdoj.gov

9 Attorneys for Defendants
KATHLEEN SEBELIUS, Secretary of U.S. Department
10 of Health and Human Services, and CHARLENE FRIZZERA,
Acting Administrator of the Centers for Medicare and
11 Medicaid Services

12

13                 **UNITED STATES DISTRICT COURT**

14          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

15                      **WESTERN DIVISION**

16 UNITED MEDICAL HOME CARE,        No. CV 09-6983 GHK (AJWx)
INC., and Rodolfo S. Roldan,
17                                  **[~~PROPOSED~~] ORDER
                      Plaintiffs,    DISMISSING ACTION**
18
       vs.
19
KATHLEEN SEBELIUS, as Secretary
20 of the  United States Department of
Health and Human Services, and
21 CHARLENE FRIZZERA, et al.

22                     Defendants.

23

24      IT IS HEREBY ORDERED that this action be dismissed without prejudice,

25 each side to bear its own costs.

26      DATED:   3/15/10

27

28 _____
                            UNITED STATES DISTRICT JUDGE